UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVID HASSAN,

    Plaintiff

v.

OLAITAN BALOGUN, *et al.*,

    Defendants.

Civil Action No. 23-197 (CKK)

**ORDER**
(November 4, 2024)

For the reasons stated in the accompanying Memorandum Opinion, it is hereby:

**ORDERED** that the [72] Report and Recommendation is **ADOPTED** in its entirety;

**ORDERED** that Defendant Sharon Newton's [30] Motion to Dismiss is **GRANTED**; and further

**ORDERED** that the complaint and this civil action are **DISMISSED** without prejudice.

This is a final, appealable order. *See* Fed. R. App. P. 4(a).

The Clerk of Court is respectfully directed to mail copies of this Order and the accompanying Memorandum Opinion to the *pro se* parties' addresses of record.

**SO ORDERED.**

**Date:** November 4, 2024.

                                                                                                     COLLEEN KOLLAR-KOTELLY
                                                                                                     United States District Judge